**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HANDA NEUROSCIENCE, LLC, HANDA PHARMACEUTICALS, INC., HANDA PHARMA, INC., and HANDA PHARMACEUTICALS, LLC,<br><br>Defendants. | CASE NO. 5:21-CV-03397-EJD-SVK<br><br>**ORDER DIRECTING PARTIES TO DISCLOSE FACTS REGARDING ELECTRONICALLY STORED INFORMATION ("ESI")** |

This Court, having considered the Parties' arguments regarding the disclosure of certain information regarding ESI pursuant to Fed. R. Civ. P. 26(f) (Dkt. 59), **HEREBY ORDERS** that by **February 11, 2022** Plaintiff Novartis Pharmaceuticals Corp. and Defendants Handa Neuroscience, LLC, Handa Pharmaceuticals, Inc., Handa Pharma, Inc., and Handa Pharmaceuticals, LLC (collectively, "Handa") shall provide (1) the identity of the ten ESI custodians most likely to have discoverable information in their possession, custody, or control, including name, title, and employer; and (2) the identity of electronic systems holding data likely to be discoverable, including which entity has ownership or control over those sources. Also by **February 11, 2022**, the Parties are to meet and confer promptly regarding the identification and preservation obligations of third parties over whose data Plaintiff or Defendants may have ownership or control.

**IT IS SO ORDERED**.

DATED: February 2, 2022

_____
HONORABLE SUSAN VAN KEULEN
United States District Court Magistrate Judge

1