UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HANDA NEUROSCIENCE, LLC, et al.,<br><br>Defendants. | Case No.  5:21-cv-03397-EJD<br><br>**ORDER RE DKT. NO. 77**<br><br>Re: Dkt. No. 77 |

On March 3, 2022, the Parties filed a joint notice of subsequent developments, see Dkt. No. 77.  The Parties informed the Court that Judge Stark issued an order denying the Handa Defendants' motion to dismiss and motion to transfer venue.  In light of this development, the Parties informed the Court that they were conferring on the next steps for this action.  The Court **orders** the Parties to submit a joint update by **March 16, 2022.**

**IT IS SO ORDERED.**

Dated: March 11, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-03397-EJD
ORDER RE DKT. NO. 77

1